**No. 10-827. United States ex rel. Sally Christine Summers, Petitioner v. LHC Group, Inc.**

564 U.S. 1037, 131 S. Ct. 3057, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4965.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 623 F.3d 287.

**No. 10-885. Alexis Witt, on Behalf of the Estate of Dean Witt, Deceased, Petitioner v. United States.**

564 U.S. 1037, 131 S. Ct. 3058, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4900.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 559.

**No. 10-920. Ana Rosa Ochoa, Petitioner v. Eric H. Holder, Jr., Attorney General.**

564 U.S. 1037, 131 S. Ct. 3058, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4874.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 604 F.3d 546.

**No. 10-940. Tushar Pravinkumar Gor, Petitioner v. Eric H. Holder, Jr., Attorney General.**

564 U.S. 1037, 131 S. Ct. 3058, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4907.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 607 F.3d 180.

**No. 10-1036. Delores A. Zarnow, Independent Administratix for the Estate of Allen J. Zarnow, Deceased, Petitioner v. City of Wichita Falls, Texas, et al.**

564 U.S. 1038, 131 S. Ct. 3059, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4991.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 614 F.3d 161.

**No. 10-1084. Corey Ferguson, Petitioner v. United States.**

564 U.S. 1038, 131 S. Ct. 3060, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4845,

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 385 Fed. Appx. 518.

**No. 10-1093. Joseph Smith, et ux., Petitioners v. Georgia.**

564 U.S. 1038, 131 S. Ct. 3061, 180 L. Ed. 2d 887, 2011 U.S. LEXIS 4806.

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 288 Ga. 348, 703 S.E.2d 629.